IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,<br>Defendants | ) | CA 06 73.<br>C.A. No. |

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. §§ 881(a)(6) and (7), 18 U.S.C. § 985 and 19 U.S.C. § 1608.

2. That the defendant real property with buildings, appurtenances, and improvements, located at 38 Knotty Pine Road, Tiverton, Rhode Island, is more fully described as follows:

The land in the Town of Tiverton, County of Newport, and State of Rhode Island, shown and delineated as Lot #12 upon a plan of land entitled: "Amendment to Existing Forest Oaks Subdivision, July 10, 1989, Rev. Rev. 8/28/89, Rev. 1/30/90, Rev. 2/5/90, Rev. 3/1/90" recorded with the Land Evidence Records of the Town of Tiverton at Plan Book 18, Page 64.

Being a portion of the premises conveyed to Robert DeMello and Shirley C. DeMello by deed of Emma J. Gravance dated February 9, 1988, and recorded with the Land Evidence Records of the Town of Tiverton at Book 267, Page 258.

Being the same land and premises conveyed to Albert Sousa by Robert DeMello and Shirley C. DeMello by deed dated March 19, 1993, and recorded in the Land Evidence Records of the Town of Tiverton at Book 380, Page 017.

3. That the defendant real property with buildings, appurtenances, and improvements is located within the jurisdiction of this Court, namely, the District of Rhode Island.

4. That on or about August 31, 2005, the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750, was seized in Tiverton, Rhode Island by officers of the Tiverton Police Department after 114 pounds of marijuana was discovered in the trunk of the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

5. That on or about August 31, 2005, the defendant vehicle, one 2001 Chevrolet Corvette, 1G1YY32G115122127, was seized at 38 Knotty Pine Road, Tiverton, Rhode Island, by officers of the

Tiverton Police Department and agents of the United States Drug Enforcement Administration, pursuant to the execution of a State of Rhode Island Search Warrant. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

6. That on or about August 31, 2005, the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency, was seized from the 2001 Corvette, described in paragraph 5 above, at 38 Knotty Pine Road, Tiverton, Rhode Island, by officers of the Tiverton Police Department and agents of the United States Drug Enforcement Administration, pursuant to the execution of a State of Rhode Island Search Warrant. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

7. That on or about August 31, 2005, the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency, was seized from a briefcase containing 5 Oxycodone pills and drug ledgers located inside the defendant vehicle, one 2005 Cadillac Deville, described in paragraph 4 above, in Tiverton, Rhode Island by officers of the Tiverton Police Department after 114 pounds of marijuana was also discovered in the trunk of the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

8. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, on and before August 31,2005, the defendant real property located at 38 Knotty Pine Road, Tiverton, Rhode Island, was used and intended to be used by Albert Sousa to facilitate the possession, and possession with intent to distribute marijuana and Oxycodone, controlled substances, in violation of 21 U.S.C. 841(a)(1), punishable by a more than one year imprisonment; to wit: Upon execution of a search warrant at the property, agents discovered a plastic bag containing approximately 5.5 ounces of marijuana and a paper bag containing several bottles of Oxycodone pills, a scale, several plastic baggies, razor knives, plastic trash bags, and a wooden cabinet which contained an air filtration device for processing the marijuana that Sousa was transporting to the house. They also discovered $60,000 in cash hidden inside the 2001 Corvette, described in paragraph 5 above, that was parked in the garage. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

9. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, on and before August 31, 2005, the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750, was used by Albert Sousa to facilitate the possession, transportation and concealment of marijuana and Oxycodone and marijuana and Oxycodone proceeds in violation of 21

U.S.C. § 841 (a)(1); to wit: Tiverton Police Officers discovered 114 pounds of marijuana in the trunk of the vehicle along with a briefcase containing $3,460 in U.S. currency, 5 oxycodone pills, and drug ledgers. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

10. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, on and before August 31, 2005, the defendant vehicle, one 2001 Chevrolet Corvette, 1G1YY32G115122127, was used by Albert Sousa to facilitate the possession, transportation and concealment of marijuana and Oxycodone and marijuana and Oxycodone proceeds in violation of 21 U.S.C. § 841 (a)(1); to wit: Tiverton Police Officers discovered $60,000 in the trunk of the vehicle after a narcotics detection dog gave a positive alert for the presence of narcotics in the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

11. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency, constitutes the proceeds of Albert Sousa's marijuana and Oxycodone sales and/or was intended to be used to purchase marijuana and/or Oxycodone; to wit: During the course of the August 31, 2005, search of 38 Knotty Pine Drive, agents and officers discovered the $60,000 in cash in a yellow envelope which contained six

brown paper bags, in the trunk of the 2001 Corvette described in paragraph 5 above, after a narcotics detection dog gave a positive alert for the presence of narcotics in the vehicle. Each bag contained $10,000 in US currency, for a total of $60,000. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

12. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency, constitutes the proceeds of Albert Sousa's marijuana and Oxycodone sales and/or was intended to be used to purchase marijuana and/or Oxycodone; to wit: The defendant currency was seized from a briefcase containing 5 oxycodone pills and drug ledgers located inside the defendant vehicle, one 2005 Cadillac Deville, described in paragraph 4 above, in Tiverton, Rhode Island by officers of the Tiverton Police Department after 114 pounds of marijuana was also discovered in the trunk of the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

13. That by reason of the foregoing, the defendant real property located at 38 Knotty Pine Road, Tiverton, Rhode Island, with buildings, appurtenances, and improvements is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(7).

14. That by reason of the foregoing, the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(4).

15. That by reason of the foregoing, the defendant vehicle, one 2001 Chevrolet Corvette, 1G1YY32G115122127, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(4).

16. That by reason of the foregoing, the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

17. That by reason of the foregoing, the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed; that the defendant real property with buildings, appurtenances, and improvements, the defendant vehicles, and the defendant currency, all be forfeited to the United States of America and thereafter be disposed of according to law; and for such other and further relief as this

court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture *in Rem*, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed before me this 15th day of February, 2006.

Notary Public

My commission expires 8/27/09.

**AFFIDAVIT**

I, Steven Calenda, upon oath depose and say:

1. I am a detective with the Bristol Police Department in Bristol, Rhode Island, and I have been a police officer for 18 years. I am presently assigned as a Task Force Agent with the Drug Enforcement Administration of the United States Department of Justice (DEA), Providence Resident Office, and have been so assigned for the past 11 months.

2. This affidavit is submitted in support of a Complaint For Forfeiture *In Rem* against one parcel of real property with buildings, appurtenances, and improvements located at 38 Knotty Pine Road, Tiverton, Rhode Island, the residence of Albert Sousa, which is further described as follows:

> The land in the Town of Tiverton, County of Newport, and State of Rhode Island, shown and delineated as Lot #12 upon a plan of land entitled: "Amendment to Existing Forest Oaks Subdivision, July 10, 1989, Rev. Rev. 8/28/89, Rev. 1/30/90, Rev. 2/5/90, Rev. 3/1/90" recorded with the Land Evidence Records of the Town of Tiverton at Plan Book 18, Page 64.
>
> Being a portion of the premises conveyed to Robert DeMello and Shirley C. DeMello by deed of Emma J. Gravance dated February 9, 1988, and recorded with the Land Evidence Records of the Town of Tiverton at Book 267, Page 258.
>
> Being the same land and premises conveyed to Albert Sousa by Robert DeMello and Shirley C. DeMello by deed dated March 19, 1993, and recorded in the Land Evidence Records of the Town of Tiverton at Book 380, Page 017.

3. This affidavit is also submitted in support of Complaint For Forfeiture *In Rem* against the following:

a) One 2005 Cadillac Deville MA passenger registration 61YE11 VIN# 1G6KE57Y55U229750;

b) One 2001 Chevrolet Corvette MA passenger registration 592-ZHK VIN# 1G1YY32G115122127;

c) one lot of sixty thousand dollars ($60,000) in U.S. currency; and

d) one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency.

4. The information contained within this affidavit comes from my participation in the investigation of Albert Sousa (Sousa) and my conversations with other officers involved in the investigation.

5. On August 31, 2005, at approximately 11:00 a.m., Souza was stopped for speeding while traveling south on Fish Road in Tiverton (1.3 miles from his residence) in the Cadillac described in paragraph 3a above by Tiverton Police Officer Kenneth Cabral. After detecting the strong odor of marijuana, Cabral discovered 114 pounds of marijuana (compressed marijuana bricks) in five large black trash bags in the trunk of the vehicle. Sousa was arrested and during an inventory search of the vehicle officers discovered a briefcase containing 5 Oxycodone pills, drug ledgers, and $3,460 in U.S. currency. (See affidavit of Tiverton

Police Detective Michael Miguel attached hereto and made a part hereof).

6. At approximately 9:45 p.m., a Rhode Island search warrant was executed at 38 Knotty Pine Road, Tiverton, Rhode Island, described in paragraph 2 above. All of the windows on the house had been either tinted or blacked out. Fall River K9 Officer Scott Paul and his K9 "Ziggy" assisted in the search. Officer Paul informed Tiverton Police Detective Michael Miguel that Ziggy had detected the presence of drugs in a first floor closet under the staircase, in a red corvette parked in the first floor garage, in a hole located under the whirlpool tub on the second floor, and in the shed located on the east side of the property.

7. Officers then conducted a search of the residence. DEA Special Agent David Toracinta and I discovered a plastic bag containing approximately 5.5 ounces of marijuana and a paper bag containing several bottles of pills. It was later determined that the bottles contained generic oxycodone pills (5 mg) a schedule II controlled substance, generic oxycodone pills (10mg) a schedule II controlled substance, generic oxycodone capsules (5 mg) a schedule II controlled substance, and oxycodone HCI capsules (5 mg), a schedule II controlled substance. Also discovered in the closet was a blue canvas bag containing a scale, several plastic baggies, razor knives, plastic trash bags,

and a wooden cabinet which contained an air filtration device. Based on my training and experience, these items are utilized in the processing and packaging of marijuana. Officer Cabral also found three large black trash bags in a crawl space above the back of the garage which contained handguns, a rifle, a pistol grip shotgun, numerous rounds of ammunition, holsters, and gun cleaning supplies. Miguel discovered a plastic bag containing a box with two bottles of generic oxycodon pills (10mg), a schedule II controlled substance, located on the floor in the east side of the garage. In the trunk of the red Corvette, described in paragraph 3b above, registered to Sousa (MA registration 592ZHK) and parked in the west side of the garage, I found a yellow envelope which contained six brown paper bags. Each bag contained $10,000 in US currency, for a total of $60,000. In the rear of the garage, officers also found two digital scales, a large quantity of black plastic garbage bags consistent with those containing the marijuana found in the Cadillac, brown paper lunch bags consistent with those containing the money found in the Corvette, a large quantity of plastic zip lock bags, different types of plastic bags, and a large quantity of elastic bands.

8. Sousa was charged with manufacturing and possession with intent to deliver over 5 kilograms of marijuana and several counts of possession with intent to deliver Oxycontin.

9. For the foregoing reasons, there is probable cause to believe that the property described in paragraph 2, located at 38 Knotty Pine Road, Tiverton, Rhode Island, was used to facilitate the distribution of marijuana and Oxycontin and possession with intent to distribute marijuana and Oxycontin, in violation of 21 U.S.C. § 841(a)(1) and that said real property, is therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(7).

10. Based upon the foregoing, there is also probable cause to believe that the vehicles described in paragraphs 3a and 3b above, were used to facilitate the possession, transportation and concealment of marijuana and Oxycontin and marijuana and Oxycontin proceeds in violation of 21 U.S.C. § 841 (a)(1), and that said vehicles are, therefore, subject to seizure and forfeiture pursuant to 21 U.S.C. § 881(a)(4).

11. Based upon the foregoing, there is also probable cause to believe that the $60,000 and $3,460 in U.S. currency, described in paragraphs 3c and 3d above, was furnished and intended to be furnished in exchange for controlled substances, that is, marijuana and Oxycontin, and constitutes the proceeds of the exchange of controlled substances, and that said currency is, therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(6).

TFA [signature]

STEVEN CALENDA
Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 10th day of February, 2006, at Providence, Rhode Island.

[signature] Notary Public

Notary Public

My commissions expires: 8/27/09

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## COMPLAINT TO SEARCH AND SEIZE PROPERTY/OR PERSON

To Jeanne E. LaFazia Justice of the Supreme, Superior Court, or Judge of the District Court of the State of Rhode Island.

COPY

a) Detective Michael Miguel of the Tiverton Police Department.

b) Detective Michael Miguel a person authorized by law to bring complaints for violation of the law, which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses.

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled or obtained by false pretense, or pretenses, with intent to cheat or defraud within this sate or elsewhere;

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law; Marijuana and any articles relating to the sale of illegal narcotics and any monies derived from the sale of illegal narcotics.

(3) Certain property is designed or intended for use or is or has been used in violation of law, or as a means of committing a violation of law;

and prays that a warrant to search for a seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

**The person/article to be searched for:**
Marijuana, any articles relating to the sale and or use of illegal narcotics and any monies derived from the sale of illegal narcotics.
**The name of the keeper, thereof (if known) is:**
Albert Sousa DOB 08/05/1960, Alias John Doe
**The place and person to be searched is described as follows: 38 Knotty Pine Rd. Tiverton RI**
The residence is a two story shingled style residence, two white colored garage doors facing south with a two level wooden deck attached to the left side of the residence (while facing the residence) All windows on the residence are either tinted or blacked out. Displayed in plain view on the mailbox, approximately 25 yards from the residence, is the number 38. Also located on the property is a 2002, 26 foot white Chaparral boat (RI Registration 9311S) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960). A 2002 Blue GMC Sierra Truck (MA. Registration J40250) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960).
Your complainant prays that said warrant may be served in the day time and ~~or nighttime~~ for the reason that, 24 hour warrant: informant information and surveillance conducted by ~~your affiant~~ concludes that the target of this investigation utilizes the cover of darkness to conceal his illegal narcotics activity.

Subscribed and sworn to before me: Date 08/31/2005

LaFazia J. — Judge/Justice

[signature] — Complainant

# SEARCH WARRANT

| | |
|---|---|
| State City/Town Tiverton<br>Ex Rel | County **Newport** |
| Vs Albert Sousa (DOB 08/05/1960) | To: An Officer authorized by law to execute the within warrant. |

COPY

Complaint and affidavit having been made to me under oath, and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the Second District Court of Rhode Island.

**Place and person to be searched: 38 Knotty Pine RD. Tiverton RI**

The residence is a two story shingled style residence, two white colored garage doors facing south with a two level wooden deck attached to the left side of the residence (while facing the residence) All windows on the residence are either tinted or blacked out. Displayed in plain view on the mailbox, approximately 25 yards from the residence, is the number 38. Also located on the property is a 2002, 26 foot white Chaparral boat (RI Registration 9311S) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960). A 2002 Blue GMC Sierra Truck (MA. Registration J40250) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960).

**Person / article to be searched for:**

Marijuana, any articles relating to the sale and or use of illegal narcotics and any monies derived from the sale of illegal narcotics.

**Name of keeper, thereof if known to complainant:**

Albert Sousa DOB 08/05/1960, Alias John Doe

Said warrant may be served in the daytime-nighttime within seven (7) days from the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO ~~BE RETURNED~~ FORTHWITH TO A CLERK OF THE DISTRICT COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not to MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A CLERK THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a clerk sitting in the above named court.

Issued at Tiverton in the county of Newport the 31 day of Aug 2005

8:35 PM

Judge of the District Court

## ACKNOWLEDGMENT OF RETURN

Warrant received on ______________ day of ______________ 2007, from ______________ at ______________.

______________
**Clerk**

COPY

AFFIDAVIT

Your Affiant upon oath states that he has reason to believe and does believe that grounds for a search warrant exist and states the following facts on which such belief is founded on the following affidavit.

Your Affiant has been a member of the Tiverton Police Department for 5 years, and is currently assigned to the Detective Division. During this time I have assisted in numerous drug investigations involving the sale and distribution of illegal drugs.

On 8/31/05 I spoke to Officer Kenneth Cabral of the Tiverton Police Department, and I was advised that at approximately 1100 hrs on the above date was traveling south on Fish Rd. At that time he observed a gray Cadillac (MA Registration 61YE11) traveling south on Fish Rd. at a high rate of speed. Utilizing his patrol vehicle's calibrated radar Officer Cabral determined the vehicle's speed to be 57 MPH in a 35 MPH zone. Officer Cabral activated his patrol vehicle's emergency lights and stopped the vehicle on Fish Rd at the Trout Pond. Officer Cabral approached the vehicle and spoke to the operator and sole occupant of the vehicle, later identified s Albert Sousa (DOB 08/05/1960). While Officer Cabral was speaking to Mr. Sousa he detected a strong odor of marijuana emanating from inside vehicle. Officer Cabral then asked Mr. Sousa if he had any marijuana in the vehicle. Mr. Sousa replied, "I'll be honest with you officer, I just smoked half a joint". Due to the smell of Marijuana emanation from inside the vehicle, Officer Cabral requested Sousa exit the vehicle so he could continue his investigation. Officer Daniel Raymond arrives at the scene to assist Cabral. Officer Cabral conducted a cursory search of the vehicle visually inspecting the ashtray, floor, seating area and Sousa's person attempting to locate a burnt marijuana cigarette or ash from a burnt marijuana cigarette, neither were located. Officer Cabral turned his attention to the rear seat of the vehicle attempting to locate ash or a smoked marijuana cigarette, nether was located. While Officer Cabral was in the rear seating area of the vehicle, he continued to smell a strong odor of marijuana and the smell was getting stronger as he got closer to the back of the vehicle. Based on Officer Cabral's training and experience, he believed the smell of marijuana emanating from the vehicle was more than a burnt marijuana cigarette. Officer Cabral turned his attention to the rear armrest. Officer Cabral has direct knowledge individuals who use/deal narcotics will attempt to hide narcotics inside the rear armrest. Officer Cabral lowered the rear armrest and observed a black colored plastic trash bag. The odor of marijuana was over whelming. Officer Cabral also has knowledge marijuana traffickers will use large black colored plastic trash bags to transport marijuana. Officer Cabral moved to the rear of the vehicle, opened the trunk and visually observed five large black colored trash bags Officer Cabral advises Sousa he is under arrest, advises him of his Miranda rights, places him in custody, and transport him to Tiverton Police Headquarters for further investigation.

The vehicle operated by Sousa was towed to Tiverton Police for further investigation. While at police headquarters, an inventory search of the vehicle revealed a black briefcase located in the front passengers seat. Your affiant discovered documents known to be ledgers indicating transactions pertaining to narcotic trafficking. The ledgers indicated small numbers circled next to larger numbers. Your affiant's experience knows this format/formula to determine the amount of narcotics purchased for the amount of US currency. The ledgers also indicated the date of 8/29 and 8/31 indicating a transaction of $20,000 and $26,000 in US currency occurred. Also located inside the briefcase was a blue colored fleet bank deposit bag containing $3500.00 in US currency. Sousa had $141.00 in US

currency on his person. Two bankbooks were also located inside the briefcase, one Fleet bank account #011000138000082173481 1125 and St. Anne's Credit Union 21138273700122183587010 1. A sketch indicating a boat was also located inside the briefcase, said sketch indicates detail information pertaining to vents, ports, lights, and a porthole. Your affiant has training and experience dealing with narcotic hides and has observed narcotic hides located inside boats.

Officer Cabral stopped Sousa approximately ¼ mile from the intersection of Bulgarmarsh Rd. While Sousa was at police headquarters, he was asked where he was traveling to and Sousa responded Providence RI. Detective Sgt. Michael Carr asked Sousa if he owned any property located in Tiverton RI. Sousa responded no. Fall River MA Police Vice Detective Murphy also asked Sousa if he owned any property in Tiverton RI and Sousa responded no. Located inside the black brief case was a letter addressed to Albert Sousa, 38 Knotty Pine Rd, Tiverton RI. With this information, your affiant conducted a title search at the Tiverton Tax assessors office and determined Albert Sousa is the registered owner of 38 Knotty Pine Tiverton RI and has been since 1993. An approximate measurement from where Sousa's vehicle was stopped to 38 Knotty Pine Tiverton RI measured 1.3 miles. Sousa was shown the letter addressed to him and finally admitted owning property in Tiverton RI. I also found letters in Mr. Sousa's briefcase addressed to him at 38 Knotty Pine Rd

Your affiant and Detective Sgt. Michael Carr conducted surveillance of 38 Knotty Pine Rd, Tiverton RI. The residence is a two story shingled style residence, two white colored garage doors facing south with a two level wooden deck attached to the left side of the residence (while facing the residence) All windows on the residence are either tinted or blacked out. Displayed in plain view on the mailbox, approximately 25 yards from the residence, is the number 38. Also located on the property is a 2002, 26 foot white Chaparral boat (RI Registration 9311S) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960). A 2002 Blue GMC Sierra Truck (MA. Registration J40250) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960).

Your affiant had contact with Fall River MA police officer Scott Paul. Ptlm. Paul is a 13-year veteran of the Fall River Police Department. During Ptlm. Paul's career he spent five years in vice and spent 18 months assigned to the Federal Drug Administration Task Force located in New Bedford MA. While Ptlm. Paul was assigned to DEA, he received information from a confidential source indicating Sousa is a known dealer of narcotics. The CS has proven to be reliable and credible in the past, providing information pertaining to an arrest and conviction of a narcotic dealer. The CS has never provided Ptlm. Paul with information he found to be false or misleading.

Based on this information, the experiences your affiant as been involved in, the 114 pounds of marijuana located inside Sousa's vehicle which was stopped 1.3 miles from his residence, your affiant prays that a warrant be granted to search the residence located at 38 Knotty Pine Rd. Tiverton RI for the purpose of locating any and all items connected with the sale and distribution of marijuana including but not limited to, ledgers, monies, safes, safe deposit boxes, and any and all contraband associated with the distribution of illegal narcotics.

8/31/05
Date

Affiant

COPY

Newport, SC. In Tiverton this 31 day of Aug. 2005, before me personally came Detective Sgt Patrick Jones and made oath to the truth of the foregoing.

Judge of the District Court

8:35pm

COPY

**RETURN OF SERVICE**

State of Rhode Island and Providence Plantations

Newport, SC.

At ______________________________ ______________________________
Place Date
A.D. 2001 pursuant to the within warrant I have made search during the daytime - during the nighttime - as commanded and submit herewith a written inventory of the property taken:

I have also summoned named in said Complaint, as commanded to appear before the Second Division of the District Court in Newport at 9:00 o'clock in the forenoon, on 12-13-2001 A.D. 2001.

I have also given to ______________ the person from whom - from whose premises said property was taken - _____ - I have left a copy of the within warrant at - on the place from which said property was taken - but I did not find the person from whose premises said property was taken but left a copy of said warrant - on the place from which the property was taken.

## RETURN OF SERVICE

COPY

State of Rhode Island and Providence Plantations

Newport, SC.

At 38 Knotty Pine Rd. Tiverton, R.I.
Place Date 9/1/05

A.D. 2005 pursuant to the within warrant I have made search during the daytime - during the nighttime - as commanded and submit herewith a written inventory of the property taken:

1. 2 large black plastic bags containing Firearms -- Maverick 12 gauge MV96433B, Ruger 44 Magnum 85-46506, Taurus 357 Magnum 5176202, Beretta 22 LR model 21A BBS59327U, Interarms 9MM 1050282, Glock 40 cal Mod23 AU5248, SigArms 9mm S121571, Ruger 22LR 24074097, Colt Mustang 380cal PL30521, High Standard 357 Mag 431589, Norinco 45cal model 1911A1 422800, Taurus 9mm TJC28288.
2. 2 boxes of Husky trash bags.
3. 2 large economy 4 pack boxes of Ziploc bags
4. 4 bags of elastic bands
5. 2 bags of Stop and Shop brown bags
6. Assorted paperwork from boiler room
7. 1 PLOUZE digital scale
8. 1 ULINE digital scale
9. 1 blue canvas bag containing a OHAUS triple beam balance scale, large quantity of Ziploc bags, 2 razor knives.
10. Black scissors
11. 1039 white pills labeled "512" ( generic oxycodone 5mg)
12. 21 white pills labeled "Watson 932" (generic oxycodone 10 mg)
13. 173 brown/tan capsules labeled "0554" (generic oxycodone 5mg)
14. 349 yellow/tan capsules labeled "Ethex 041" (oxycodone HCI 5mg)
15. 1 roll of clear plastic bags
16. 1 bag containing 5.5 oz of marijuana
17. 1 Sterlite plastic box containing assorted paperwork
18. 1 box of opened Shaws medium waste bags, several loose white plastic shopping bags
19. 1 green canvas bag containing assorted ammunition
20. 1 large black plastic bag containing assorted ammunition
21. 8 handgun holsters
22. Assorted keys
23. 4 gun cleaning kits
24. Assorted gun cleaning supplies
25. 1 2001 Chevrolet Corvette VIN # 1G1YY32G115122127
26. One manilla envelope containing 6 brown sandwich bags, each bag containing $10,000 U.S. Currency. Total =$60,000 U.S. currency
27. 1 ELECTRIC BLOWER [illegible] CABINET
28. ASSORTED MAIL OUT OF [illegible] MAILBOX

COPY

I have also summoned Albert Sousa named in said Complaint, as commanded to appear before the Second Division of the District Court in Newport at 9:00 o'clock in the forenoon, on 9/1/05 A.D. 2005.

I have also given to Albert Sousa the person from whom - from whose premises said property was taken - a copy of the within warrant, return of service I have left a copy of the within warrant at - on the place from which said property was taken - but I did not find the person from whose premises said property was taken but left a copy of said warrant - on the place from which the property was taken.