IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,<br>Defendants | CA 06 73ML<br><br>C.A. No. |

WRIT OF ENTRY FOR INSPECTION AND APPRAISAL

Upon application by the United States for an order permitting entry into the defendant real property for physical and structural inspection, inventory, and appraisal of the property by the United States Marshal, and its appraiser, and the Complaint for Forfeiture In Rem having set forth facts showing probable cause for forfeiture of the defendant property and good cause appearing therefor:

It is hereby

ORDERED

that the United States Marshal, or his deputies, and his appraiser, shall enter the defendant real property to conduct a

reasonable and necessary structural and physical inspection, inventory, and appraisal during the hours of 8:00 a.m. to 6:00 p.m. Inspection and appraisal of the defendant real property shall thereafter be conducted by the United States Marshal on an annual basis during the pendency of this action. The United States Marshal shall give reasonable notice of this writ to the occupants, if any, and attempt to work out a mutually agreeable time for the inspection and appraisal.

UNITED STATES MAGISTRATE JUDGE