IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,<br><br>Defendants | C.A. No. 06-73ML<br><br>JURY DEMANDED |

**VERIFIED STATEMENT AND**
**CLAIM FOR SEIZED PROPERTY**

Albert Sousa, who resides at 38 Knotty Pine Road, Tiverton, Rhode Island, hereby makes claim to the Defendant property to wit: (1) One parcel of real property with buildings, appurtenances and improvements known as 38 Knotty Pine Road, located in the Town of Tiverton, Rhode Island; (2) one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750; (3) one 2001 Chevrolet Corvette, VIN: 1G1YY32G115122127; (4) one lot of Sixty Thousand Dollars ($60,000) in U.S. currency; and (5) one lot of Three Thousand Four Hundred Sixty Dollars ($3,460) in U.S. currency.

I.

Albert Sousa has the right to make this claim by virtue of the fact that all of the above-named property belongs to him.

II.

The property should be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) and/or 18 U.S.C § 985, in that there is no substantial connection between the property and the offense giving rise to forfeiture. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized. Claimant would further establish that forfeiture is grossly disproportional to the gravity of the offense charged.

Respectfully submitted,
ALBERT SOUSA
By his Attorney,

C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903
401-751-5090

**Verification**

STATE OF RHODE ISLAND :
:
COUNTY OF PROVIDENCE :

I, ALBERT SOUSA, reside at 38 Knotty Pine Road, located in the Town of Tiverton, Rhode Island and declare under penalty of perjury that the property seized in the matter to wit:

(1) One parcel of real property with buildings, appurtenances and improvements known as 38 Knotty Pine Road, located in the Town of Tiverton, Rhode Island; (2) one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750;(3) one 2001 Chevrolet Corvette, VIN: 1G1YY32G115122127; (4) one lot of Sixty Thousand Dollars ($60,000) in U.S. currency; and (5) one lot of Three Thousand Four Hundred Sixty Dollars ($3,460) in U.S. currency, does in fact belong to me and that I have the right to defend this action.

Albert Sousa

SWORN TO AND SUBSCRIBED before me this 24th day of March, 2006.

[signature]
NOTARY PUBLIC Lise J. Gescheidt
My commission expires: 7/?/09

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing Verified Statement and Claim for Seized Property ~~was mailed, certified mail, return receipt requested~~ hand delivered, to Michael P. Iannotti, Assistant United States Attorney, United States Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI, 02903 on this 27th day of March, 2006.

[signature]