IN THE SUPERIOR COURT FOR THE
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
NEWPORT COUNTY

STATE OF RHODE ISLAND

vs. IND.NO. N1-2006-0026A

ALBERT SOUSA,
alias John Doe

The Newport County Grand Jury of the State of Rhode Island and Providence Plantations charges:

**COUNT 1**

That ALBERT SOUSA, alias John Doe, of the Commonwealth of Massachusetts, on the 31st day of August 2005, at Tiverton, in the County of Newport, did unlawfully possess a controlled substance of a quantity in excess of (5) Kilograms of a mixture containing a detectable amount of marijuana, as set forth in Schedule I, of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01.2(a)(5) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

**COUNT 2**

That ALBERT SOUSA, alias John Doe, of the Commonwealth of Massachusetts, on the 31st day of August 2005, at Tiverton, in the County of Newport, did unlawfully possess with intent to deliver a controlled substance, to wit, marijuana, as set forth in Schedule I of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01(a)(4)(i) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

SUPERIOR COURT
FILED
FEB - 3 2006
NEWPORT COUNTY
CHARLES H. HOLLIS
CLERK

**COUNT 3**

That ALBERT SOUSA, alias John Doe, of the Commonwealth of Massachusetts, on the 31st day of August 2005, at Tiverton, in the County of Newport, did unlawfully, with knowledge and intent possess a controlled substance, to wit, Oxycodone, as set forth in Schedule II, of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01(c)(2)(i) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

**COUNT 4**

That ALBERT SOUSA, alias John Doe, of the Commonwealth of Massachusetts, on the 31st day of August 2005, at Tiverton, in the County of Newport, did operate a motor vehicle while knowingly having in said motor vehicle or on his person, a controlled substance, to wit, marijuana, as defined in Rhode Island General Laws §21-28-1.02, in violation of §31-27-2.4 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

**COUNT 5**

That ALBERT SOUSA, alias John Doe, of the Commonwealth of Massachusetts, on the 31st day of August 2005, at Tiverton, in the County of Newport, did operate a motor vehicle while knowingly having in said motor vehicle or on his person, a controlled substance, to wit, Oxycodone, as defined in Rhode Island General Laws §21-28-1.02, in violation of §31-27-2.4 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

**COUNT 6**

That ALBERT SOUSA, alias John Doe, of the Commonwealth of Massachusetts, on the 31st day of August 2005, at Tiverton, in the County of Newport, did unlawfully possess with intent to deliver a controlled substance, to wit, Oxycodone, as set forth in Schedule II of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01(a)(4)(i) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

**COUNT 7**

That ALBERT SOUSA, alias John Doe, of the Commonwealth of Massachusetts, on the 31st day of August 2005, at Tiverton, in the County of Newport, did unlawfully, with knowledge and intent possess a controlled substance classified as marijuana, as set forth in Schedule I of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01(c)(2)(ii) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

JAMES M. CALLAGHAN
Special Assistant Attorney General
Designated by the Attorney General