RECEIVED
FEB 15 2006
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.

C.A. No. 06 73 ML

ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,
Defendants

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. §§ 881(a)(6) and (7), 18 U.S.C. § 985 and 19 U.S.C. § 1608.

2. That the defendant real property with buildings, appurtenances, and improvements, located at 38 Knotty Pine Road, Tiverton, Rhode Island, is more fully described as follows:

> The land in the Town of Tiverton, County of Newport, and State of Rhode Island, shown and delineated as Lot #12 upon a plan of land entitled: "Amendment to Existing Forest Oaks Subdivision, July 10, 1989, Rev. Rev. 8/28/89, Rev. 1/30/90, Rev. 2/5/90, Rev. 3/1/90" recorded with the Land Evidence Records of the Town of Tiverton at Plan Book 18, Page 64.
>
> Being a portion of the premises conveyed to Robert DeMello and Shirley C. DeMello by deed of Emma J. Gravance dated February 9, 1988, and recorded with the Land Evidence Records of the Town of Tiverton at Book 267, Page 258.
>
> Being the same land and premises conveyed to Albert Sousa by Robert DeMello and Shirley C. DeMello by deed dated March 19, 1993, and recorded in the Land Evidence Records of the Town of Tiverton at Book 380, Page 017.

3. That the defendant real property with buildings, appurtenances, and improvements is located within the jurisdiction of this Court, namely, the District of Rhode Island.

4. That on or about August 31, 2005, the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750, was seized in Tiverton, Rhode Island by officers of the Tiverton Police Department after 114 pounds of marijuana was discovered in the trunk of the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

5. That on or about August 31, 2005, the defendant vehicle, one 2001 Chevrolet Corvette, 1G1YY32G115122127, was seized at 38 Knotty Pine Road, Tiverton, Rhode Island, by officers of the

Tiverton Police Department and agents of the United States Drug Enforcement Administration, pursuant to the execution of a State of Rhode Island Search Warrant. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

6. That on or about August 31, 2005, the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency, was seized from the 2001 Corvette, described in paragraph 5 above, at 38 Knotty Pine Road, Tiverton, Rhode Island, by officers of the Tiverton Police Department and agents of the United States Drug Enforcement Administration, pursuant to the execution of a State of Rhode Island Search Warrant. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

7. That on or about August 31, 2005, the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency, was seized from a briefcase containing 5 Oxycodone pills and drug ledgers located inside the defendant vehicle, one 2005 Cadillac Deville, described in paragraph 4 above, in Tiverton, Rhode Island by officers of the Tiverton Police Department after 114 pounds of marijuana was also discovered in the trunk of the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

8. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, on and before August 31,2005, the defendant real property located at 38 Knotty Pine Road, Tiverton, Rhode Island, was used and intended to be used by Albert Sousa to facilitate the possession, and possession with intent to distribute marijuana and Oxycodone, controlled substances, in violation of 21 U.S.C. 841(a)(1), punishable by a more than one year imprisonment; to wit: Upon execution of a search warrant at the property, agents discovered a plastic bag containing approximately 5.5 ounces of marijuana and a paper bag containing several bottles of Oxycodone pills, a scale, several plastic baggies, razor knives, plastic trash bags, and a wooden cabinet which contained an air filtration device for processing the marijuana that Sousa was transporting to the house. They also discovered $60,000 in cash hidden inside the 2001 Corvette, described in paragraph 5 above, that was parked in the garage. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

9. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, on and before August 31, 2005, the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750, was used by Albert Sousa to facilitate the possession, transportation and concealment of marijuana and Oxycodone and marijuana and Oxycodone proceeds in violation of 21

U.S.C. § 841 (a)(1); to wit: Tiverton Police Officers discovered 114 pounds of marijuana in the trunk of the vehicle along with a briefcase containing $3,460 in U.S. currency, 5 oxycodone pills, and drug ledgers. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

10. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, on and before August 31, 2005, the defendant vehicle, one 2001 Chevrolet Corvette, 1G1YY32G115122127, was used by Albert Sousa to facilitate the possession, transportation and concealment of marijuana and Oxycodone and marijuana and Oxycodone proceeds in violation of 21 U.S.C. § 841 (a)(1); to wit: Tiverton Police Officers discovered $60,000 in the trunk of the vehicle after a narcotics detection dog gave a positive alert for the presence of narcotics in the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

11. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency, constitutes the proceeds of Albert Sousa's marijuana and Oxycodone sales and/or was intended to be used to purchase marijuana and/or Oxycodone; to wit: During the course of the August 31, 2005, search of 38 Knotty Pine Drive, agents and officers discovered the $60,000 in cash in a yellow envelope which contained six

brown paper bags, in the trunk of the 2001 Corvette described in paragraph 5 above, after a narcotics detection dog gave a positive alert for the presence of narcotics in the vehicle. Each bag contained $10,000 in US currency, for a total of $60,000. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

12. That as outlined in the attached affidavit of DEA Task Force Agent Steven Calenda, the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency, constitutes the proceeds of Albert Sousa's marijuana and Oxycodone sales and/or was intended to be used to purchase marijuana and/or Oxycodone; to wit: The defendant currency was seized from a briefcase containing 5 oxycodone pills and drug ledgers located inside the defendant vehicle, one 2005 Cadillac Deville, described in paragraph 4 above, in Tiverton, Rhode Island by officers of the Tiverton Police Department after 114 pounds of marijuana was also discovered in the trunk of the vehicle. (see affidavit of DEA Task Force Agent Steven Calenda attached hereto and made a part hereof).

13. That by reason of the foregoing, the defendant real property located at 38 Knotty Pine Road, Tiverton, Rhode Island, with buildings, appurtenances, and improvements is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(7).

14. That by reason of the foregoing, the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(4).

15. That by reason of the foregoing, the defendant vehicle, one 2001 Chevrolet Corvette, 1G1YY32G115122127, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(4).

16. That by reason of the foregoing, the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

17. That by reason of the foregoing, the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency, is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed; that the defendant real property with buildings, appurtenances, and improvements, the defendant vehicles, and the defendant currency, all be forfeited to the United States of America and thereafter be disposed of according to law; and for such other and further relief as this

court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture *in Rem*, and that the contents thereof are true to the best of my knowledge, information, and belief.

Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed before me this 15th day of February, 2006.

Notary Public

My commission expires 8/27/09.