IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,<br>Defendants | ) | C.A. No. 06-73ML |

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO CLAIMANT

Pursuant to Rule c(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are hereby requested to answer the following interrogatories in writing and to serve your answers hereto with the answers to the complaint.

INSTRUCTIONS

A. All information, whether in the possession of the individual claimant, his attorney, investigators, agents, employees or other representatives of the named claimant and his attorney, is to be divulged.

B. These interrogatories are intended as continuing

interrogatories, requiring you to answer by supplemental responses, setting forth any information within the scope of the interrogatories as may be acquired by you, your attorneys, or your other representatives following your original responses. Such supplemental responses are to be filed and served upon the plaintiff, the United States of America, within fifteen (15) days after receipt of such information, but not later than the time of trial.

INTERROGATORIES

1. Identify yourself by giving your full name, any aliases or nicknames, age, current residence address and telephone number, occupation, birth date and social security number.

2. List all of your residence addresses and telephone numbers from January 1, 1990, to the present.

3. State with particularity your alleged interest in the defendant(s).

4. State the value which you allege your interest in the defendant(s) to be worth.

5. State and describe:

a) the date you obtained your alleged interest the defendant(s);

b) the person or entity from whom you obtained your alleged interest, including the name, title, address and last known whereabouts of such person or entity;

c) the circumstances of and consideration for the acquisition of your alleged interest.

6. Identify by stating their names, titles, addresses, and last known whereabouts, all witnesses to your alleged acquisition of an interest in the defendant(s).

7. Provide details concerning your business, occupation and/or profession from January 1, 2000, to the present including, but not limited to, the official name of your business or occupational organization and all other names in which you conduct business; your principal business address and telephone number and all other addresses and telephone numbers from which you conduct business; each and every product, activity or service in which you deal or engage; the nature of your business or occupational organization (e.g., corporation, partnership, sole proprietorship, etc.); its present status; and the date of and laws under which such business or organization was created or formalized; and the name, address and telephone number of any owner, partner, parent, subsidiary, affiliate or other organizational unit and the ownership percentage of each.

8. Identify (by name, current or last known address, telephone number, their business and/or occupation, and relationship to you) each and every person known by you to have an ownership interest, in whole or part, in either or both of the defendant(s).

9. For each person identified by you in response to

Interrogatory Nos. 8 and/or 9, state all facts upon which you base a knowledge or belief that said person has an ownership interest, in whole or part, in the defendant(s).

10. Identify (by name, current or last known address, telephone number, their business and/or occupation and relationship to you) each and every person from whom you acquired all or any portion of the defendant(s).

11. State the source of the funds used to acquire your alleged interest in the defendant(s).

12. If your alleged interest in the defendant(s) was obtained by way of assignment or other agreement, state whether such an assignment or other agreement was oral, written, or otherwise recorded, the substance of the assignment or agreement, and if recorded other than in writing, state the manner in which it was recorded.

13. Describe each and every source of your income (whether gift, loan, loan repayment, salary, business profits, inheritance, sale of controlled substances, etc.) from January 1, 2000, to the present, including the nature/source of the income (and if from a person, identify that person by name, current or last known address, telephone number, business and/or occupation and relationship to you), the amount of income received from each such source, the reason(s) for its receipt, and the date or period of time over which each source of income was received.

14. Separately state your gross yearly income and your income, after taxes, for each year during the period from January 1, 2000, to the present.

15. List, identify and describe (by name of bank or other financial institution, type of account, account number, and current status, whether opened or closed) each and every account of whatever type with a bank, savings and loan, thrift institution or other entity, held by you (singly or with another person(s)) or under your control, at any and all times from January 1, 2000, to the present.

16. List, identify and describe (by name of bank, business or other entity, type of account, account number, and current status, whether opened or closed) each and every credit account, held by you (singly or with another person(s)) or under your control, at any and all times from January 1, 2000, to the present.

17. List, identify and describe (by name of item, date of purchase, place of purchase, cost when purchased, method of payment, and if purchased on credit) whether item was fully paid for on each and every property purchase (personal or real) amounting to $100.00 or more made by you at any and all times from January 1, 2003, to the present.

18. State whether you contend that the plaintiff is not entitled to have the defendant(s) in this action forfeited and condemned to plaintiff's use and state the basis for your

contention.

19. List, identify and describe in full and complete detail the contents of each and every document that you intend to offer in support of your claim in this action.

20. State whether you have ever been arrested for violating State or Federal narcotic laws and with respect to each such arrest state:

a) the date of said arrest

b) the nature of the charges

c) the final disposition of the charges

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney