USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. 06-73ML |
| DEFENDANT<br>One parcel of real property...38 Knotty Pine Road, Tiverton, RI, et al. | TYPE OF PROCESS<br>Summons and Complaint, et al. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chase Automotive Finance, c/o Lee Deutsch, Esq.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
900 Stewart Avenue, 6th FL, Garden City, NY 11530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

RECEIVED 2006 MAR 16 AM 8:55 US MARSHAL EDNY

U.S. MARSHAL'S OFFICE DISTRICT OF R.I. 2006 MAR 24 A 7:51 RECEIVED Apr. 3

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael Iannotti | [✓] PLAINTIFF [ ] DEFENDANT | 401/709-5000 | 2/21/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | 53 | KLO | 2/21/06 |

U.S. MARSHAL'S OFFICE DISTRICT OF R.I. 2006 FEB 21 P 12:08 RECEIVED

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Jill Silvestro

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 3-14-06 Time: 11 AM [ ] am [ ] pm

Signature of U.S. Marshal or Deputy: Edward Coffey #2029

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS: received USMS 3/7/06

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

United States of America

**SUMMONS IN A CIVIL CASE**

V.

One parcel of real property...38 Knotty Pine Road,
Tiverton, Rhode Island, et al.

CASE NUMBER: C.A. No. 06 73 ML

TO: (Name and address of Defendant)

Chase Automotive Finance
c/o Lee Deutsch, Esq.
900 Stewart Avenue, 6th FL
Garden City, NY 11530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

~~an answer to the complaint which is served on you with this summons, within days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.~~

A claim within thirty (30) days after service of this summons upon you, exclusive of the day of service, and an answer to the complaint within twenty (20) days after the filing of your claim.

CLERK

DATE 2/15/06

Barbara Barletta
(By) DEPUTY CLERK