USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. 06-73ML |
| DEFENDANT<br>One parcel of real property...38 Knotty Pine Road, Tiverton, RI, et al. | TYPE OF PROCESS<br>Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Providence Journal
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Publish Notice of Action and Arrest once a week for three weeks

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michael P. Iannotti (signature) | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 2/21/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | (signature) | 2/21/06 |

RECEIVED U.S. MARSHAL DISTRICT OF R.I. 2006 FEB 21 P 12:07

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date: 4.6.06 — Time: ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy: (signature), AO |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 4/6/06 NOTICE OF FORF. ADVERTISED IN PROV. JOURNAL ON 3/16; 3/23 AND 3/30/2006 (14)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

...concerning ...dures, contact the ...onal Office at (20... ...000.

...CE
...xisting
...ctualler
...ge License)
PLATE HOSPI-
INC d/b/a "Box
...estaurant", 332
...ke, in the Town of

...CK, INC. d/b/a
...lle Inn", 36 Smith
...n the Town of

...ove named applica-
...be in order for a
... a meeting of the
...ncil on the 21st day
... 2006, at 7:30 P.M.
... Council Chamber,
... Town Hall, 64 Far-
...e, Smithfield, at
...e and place all re-
...s may make their
... Interested persons
...special accommoda-
...assistance are re-
...o notify the Town
...s office (401-233-
...hours in advance of
...ing.
...of the Town Council:
...NNE L. ADY, MPA,
TOWN CLERK

## ...GAGEE'S SALE

...Burnside Avenue,
Unit 1
...ocket, Rhode Island
...sold at public auction
...pril 7, 2006 at 11:00
...ocal time, on the pre-
..., by virtue of the
...r of sale contained
... mortgage made by
...NNON BONNER,
... November 10, 2004,
... recorded in the Re-
...s of Land Evidence of
...City of Woonsocket,
... of Rhode Island, in
... 1396, Page 348, the
...itions of said mort-
... having been broken:
... certain parcel of land
...ll buildings and im-
...ents thereon more
...iarly described in said
...ge deed recorded in
...ok 1396 at Page 348.
... above premises will be
...bject to all taxes, as-
...nts and other encum-
...s which may constitute
... lien thereon, and will
...veyed subject to any
...nts, restrictions of re-
...nancies and rights of
...tion for unpaid federal
... if any, as shall, not-
...nding this provision,
...te valid liens or en-
...nces thereon after
...e.
...ns of sale: deposit of
... Thousand Dollars
....00) in cash, certified
...r bank check at time
...ce of sale. Other terms
...nditions will be an-
...d at the sale.
...rder of the holder of
...rtgage, who hereby
...tice of intention to bid
... sale or any postpone-
... adjournment thereof.
PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

STATE OF RHODE ISLAND
AND PROVIDENCE
PLANTATIONS

## MECHANICS LIEN FOR ADVERTISING

Office of the Clerk
of the Superior Court
MARCH 13, 2006
PM 06-1412

SHAWMUT WOOD-WORKING & SUPPLY, INC., d/b/a SHAWMUT DESIGN AND CONSTRUCTION, PETITIONER, has filed a petition in equity in said office representing that THE PAWTUCKET ARMORY ASSOC. and PAWTUCKET ARMORY COMPANY, LLC, CITIZENS BANK OF R.I. & NARRAGANSETT ELECTRIC COMPANY, RESPONDENTS are indebted to it in the sum of $1,830,272.45 besides interest, according to account filed with said petition, for materials furnished, and work and labor performed by said petitioner in the construction, erection, and reparation of a certain building belonging to said respondent situated in the City of Pawtucket, County of Providence, State of RI, upon that lot of land owned by the said respondents in fee simple, bounded and described as follows, to wit:

That certain lot of land with all the buildings and improvements thereon, situated in the City of PAWTUCKET, State of Rhode Island, laid out and designated as Lot 211, on Assessor's Plat 22, according to the Tax Assessor, City of Pawtucket, which property is located at 172 Exchange Street, Pawtucket, Rhode Island 02860, commonly known as the Pawtucket Armory, including the land described in a deed recorded in the Pawtucket Land Evidence Book L1869, Page 54,

claiming a lien for said amount, with interest and costs, and praying that said lien may be enforced against said land and building, and against the right, title and interest that said THE PAWTUCKET ARMORY ASSOC. and PAWTUCKET ARMORY COMPANY, LLC, CITIZENS BANK OF R.I. & NARRAGANSETT ELECTRIC COMPANY, as the owner thereof, had in and to the same at the time said petitioner's lien accrued thereon, and attached thereto, and that the same may be sold to satisfy said claim of the petitioner, and all other accounts and demands for which the same is pledged and liable by title 34, Chapter 28 of the General Laws of 1956 and the amendments thereto.

Notice is hereby given to all persons having a lien by virtue of said title and chapter of the General Laws, and the amendments thereto, or a mortgage, or an attachment, or any other claim on all or any part of said property to respond, if they shall see fit, before our Superior Court, at Providence, within the County of Providence, on or before the 6th day of APRIL, 2006, and make out their demands against the same.

Phyllis Warner,
Deputy Clerk

E334 Paul Michell
$476.00
F382 Won Dok Han
$266.00
F383 Rose Ross Dickens
$349.80

IN THE EVENT THAT THE ABOVE AMOUNTS REMAIN UNPAID AS OF 03/23/2006 ANY RIGHT OF ACCESS TERMINATES, AND THE GOODS WILL BE ADVERTISED AND SOLD AT PUBLIC STORAGE, 1130 MINERAL SPRING AVE., NORTH PROVIDENCE, RI 02904. (401) 729-4582

David Rivers
AGENT FOR OWNER

## NOTICE OF FORFEITURE UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES
OF AMERICA,
Plaintiff
vs.
ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLALRS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,
Defendants
C.A. No. 06-73ML

Notice is hereby given that on February 15, 2006, the above forfeiture action was commenced against one parcel of real property with buildings, appurtenances and improvements known as 38 Knotty Pine Road, located in the Town of Tiverton, Rhode Island, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750; one 2001 Chevrolet Corvette, VIN: 1G1YY32G115122127; one lot of sixty thousand dollars ($60,000) in U.S. currency; and one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an anser to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

Dial 277-7700 for an experience sales representative who'll help make your CLASSIFIED ad work for you.

not elect to hold a hearing on his own motion, these determinations shall become final and effective thirty (30) days after the publication of the Federal Register Notice.

All documents relating to these determinations are available for inspection between the hours of 8:30 AM and 4:00 PM, Monday through Friday, at the following office:

U.S. Environmental
Protection Agency
Office of
Ecosystem Protection
One Congress Street,
11th Floor
Boston, MA 02114

For further details, Barbara McGonagle may be contacted at (617) 918-1608 regarding the above determinations.

DEPARTMENT OF
PUBLIC WORKS

## REQUEST FOR PROPOSALS

Notice is hereby given that sealed Proposals will be received by the Town Manager of the Town of East Greenwich, Rhode Island, at their office in the Town House, 125 Main Street, East Greenwich, Rhode Island, until 2:00 P.M. prevailing time, **April 5, 2006** for the following:

**"ACCESS MANAGEMENT STUDY" FOR THE TOWN OF EAST GREENWICH, RI**

All the above work, known as the "Proposal" is to be performed in accordance with the specification. The work to be performed under their contract consists of furnishing all plant, labor, equipment, product, service, tools, transportation, and all incidentals, related work and overhead items, and performing all work required for the Proposal, in strict accordance with the specifications, including the invitation for Proposals and the proposal which are hereby made a part of the specifications. Proposals for the above work must be made on forms furnished by the Town Manager. Specifications, other Contract Documents, and the Form of Proposal may be examined and obtained during weekdays except Saturday, between the hours of 9:00 A.M. and 4:00 P.M. at the offices of the:

**Town Manager
Town Hall
125 Main Street
East Greenwich,
R.I. 02818**

The Town of East Greenwich acting through its Town Manager reserves the right to reject any or all Proposals or any part thereof, to waive defects in the same or to accept any proposal deemed to be in the best interest of the Town of East Greenwich. "Individuals requesting interpreter servcies for the hearing impaired must notify the Town Clerk at TDD 886-8606 or Voice 886-8605 forty-eight (48) hours in advance of the scheduled Proposal opening."

...al is subject to Rhode Island General Law 37-14-1.

Any inquiries regarding this invitation should be directed to Mr. Harold J. Luchka, Manager of Construction Services, Quonset Development Corporation, 30 Enterprise Drive, Quonset Business Park, North Kingstown, RI 02852, (Telephone 401-295-0044).

This advertisement does not constitute an offer on the part of the Corporation; rather, it is placed in order to solicit bids. The Corporation reserves the right to reject any and all bids received; to waive any informality in the bids received and to accept that bid which in its sole judgment best serves the interests of the Corporation.

Mr. Steven I. King, P.E.
Chief Operating Officer
Quonset Development
Corporation

## MORTGAGEE'S SALE

15 Holden Street
Warwick, Rhode Island

Will be sold at public auction on March 31, 2006 at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by STANLEY W. MARION and SHERRY L. MARION, dated July 13, 2004, and recorded in the Records of Land Evidence of the City of Warwick, State of Rhode Island, in Book 5297, Page 55, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 5297 at Page 55.

The above premises will be sold subject to all taxes, assessments and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW
& HAHN LLP
Attorneys for Holder
of the Mortgage
180 South Main Street
Providence, RI 02903
(401) 861-8293

More Legals on Page E5

...un NUMBER

...al discounts. It is to be ...out any display in the ...ed in the specifications.

73

...itted on the
...ited on the
...ation of the
...e not avail-
... Submit the

...r electro-
...io allow-

...ate and

Standard Form No. 1143
1 TFRM 4-2000

# ADVERTISING ORDER

ORDER NUMBER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE

United States Marshals Service

DATE

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN

The Providence Journal

06·DEA·463675

SUBJECT OF ADVERTISEMENT C.A. No. 06-73ML.,et.al

38 Knotty Pine Rd., Tiverton, Rhode Island

EDITION OF PAPER ADVERTISEMENT APPEARED

Daily

TJ

NUMBER OF TIMES ADVERTISEMENT APPEARED

3

DATE(s) ADVERTISEMENT APPEARED

03/16, 03/23 & 03/30/2006

SPECIFICATIONS FOR ADVERTISEMENT

SEE COPY OF ADVERTISEMENT ATTACHED

COPY FOR ADVERTISEMENT

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE 3/8/06 | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL [signature] | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

UNITED STATES MARSHALS SERVICE
P. O. BOX 1524
PROVIDENCE, RI 02901-1524

## IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.