IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,<br><br>Defendants | : | C.A. No. 06-73ML |

**STIPULATION TO STAY THE PROCEEDING**

BY AGREEMENT of the parties to this action, the Plaintiff and Claimant Albert Sousa do hereby stipulate that this civil forfeiture proceeding may be stayed pending the resolution of the Rhode Island Superior Court Indictment filed against Albert Sousa in N1/2006-0026A.

Claimant agrees to answer the complaint and respond to discovery requests within twenty (20) days after a judgment of conviction is entered in Rhode Island Superior Court Indictment N1/2006-0026A.

CLAIMANT,
ALBERT SOUSA
By his Attorney,

C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien
The Owen Building, 101 Dyer Street
Providence, RI 02903
(401) 751-5090

PLAINTIFF,
UNITED STATES OF AMERICA
By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

Dated: May 3, 2006