# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY…38 KNOTTY PINE ROAD, TIVERTON, RHODE ISLAND, et al,<br><br>Defendant | C.A. NO. 06-CV-00073-ML-LDA |

## VERIFIED NOTICE OF CLAIM OF PNC BANK AND PETITION FOR PAYMENT OF CLAIM

Now comes PNC Bank ("PNC") and, pursuant to the Complaint for Forfeiture In Rem filed with the Court on February 15, 2006 and 21 U.S.C. § 853(n)(2) and (3), as incorporated by 18 U.S.C. § 982, hereby files the within Notice of Claim of PNC Bank and Petition for Payment of Claim. In support of its petition, PNC states as follows:

1. PNC possesses an interest in and to the personal property described as one 2001 Chevrolet Corvette, VIN 1G1YY32G115122127 (the "Vehicle").

2. On November 26, 2006, Albert Sousa, Jr. ("Sousa") executed a Direct Installment Loan Disclosure and Note in favor of PNC in the original principal amount of $28,043.19 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit A.

3. As security for repayment of the Note, Sousa granted PNC a security interest in the Vehicle by executing a Consumer Security Agreement (the "Security Agreement"). A true and correct copy of the Security Agreement is attached hereto as Exhibit B.

4. As of June 14, 2006, the total amount due and owing on the Note is

$15,923.38, plus costs and expenses, including attorneys' fees. Interest continues to accrue at an annual percentage rate of 4.99%.

5. PNC made the loan to Sousa with no knowledge of any of the activities described in the Notice of Forfeiture and related indictment.

6. PNC is entitled to payment in full on its claim in the amount of $15,923.38, plus costs and expenses, including attorneys' fees, plus additional interest accruing at an annual percentage rate of 4.99%.

WHEREFORE, PNC respectfully requests that this Honorable Court set the within matter down for hearing to adjudicate the validity and amount of PNC's claim; for an Order allowing PNC's claim in full, including accruing interest, late charges and attorneys' fees; for an Order directing payment to PNC in the amount set forth above, plus accruing interest, late charges and attorneys' fees; and for such other and further relief as this Court deems just and equitable.

PNC BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Charles A. Lovell (#556064)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX

DATED: July 12, 2006

**VERIFICATION**

I, Donnell Gangway, state that I am a AM B.U.P. of PNC Bank and hereby acknowledge that I have read the foregoing Notice of Claim and Petition. Based upon my personal knowledge and the books and records of PNC Bank maintained in the ordinary course of business, the allegations set forth herein are true.

Subscribed and sworn to before me under the pains and penalties of perjury this 10th day of July, 2006.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angela M. Vicario, Notary Public
McKees Rocks Boro, Allegheny County
My Commission Expires Apr. 8, 2010
Member, Pennsylvania Association of Notaries

Angela M. Vicario
Notary Public
My commission expires: 4-8-2010

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12 day of July, 2006, a true and correct copy of the within Notice of Claim and Petition was served, via Federal Express, upon the following:

| | |
|---|---|
| Michael P. Ianotti, Esq.<br>United States Attorney's Office<br>Fleet Center<br>8th Floor<br>50 Kennedy Plaza<br>Providence, RI 02903 | C. Leonard O'Brien, Jr.<br>MacFayden, Gescheidt & O'Brien<br>The Owen Building<br>101 Dyer Street<br>Providence, RI 02903 |

Paula M. Braga

864048_1/999998-75