27/08 2005 14:14 FAX 401 841 6384

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## COMPLAINT TO SEARCH AND SEIZE PROPERTY/OR PERSON

To Jeanne E. LaFazia Justice of the Supreme, Superior Court, or Judge of the District Court of the State of Rhode Island.

a) Detective Michael Miguel of the Tiverton Police Department.

b) Detective Michael Miguel a person authorized by law to bring complaints for violation of the law, which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses.

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled or obtained by false pretense, or pretenses, with intent to cheat or defraud within this sate or elsewhere;

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law; Marijuana and any articles relating to the sale of illegal narcotics and any monies derived from the sale of illegal narcotics.

(3) Certain property is designed or intended for use or is or has been used in violation of law, or as a means of committing a violation of law;

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

**The person/article to be searched for:**
Marijuana, any articles relating to the sale and or use of illegal narcotics and any monies derived from the sale of illegal narcotics.
**The name of the keeper, thereof (if known) is:**
Albert Sousa DOB 08/05/1960, Alias John Doe
**The place and person to be searched is described as follows: 38 Knotty Pine Rd. Tiverton RI**
The residence is a two story shingled style residence, two white colored garage doors facing south with a two level wooden deck attached to the left side of the residence (while facing the residence) All windows on the residence are either tinted or blacked out. Displayed in plain view on the mailbox, approximately 25 yards from the residence, is the number 38. Also located on the property is a 2002, 26 foot white Chaparral boat (RI Registration 9311S) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960). A 2002 Blue GMC Sierra Truck (MA. Registration J40250) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960).
Your complainant prays that said warrant may be served in the day time and ~~or nighttime~~ for the reason that, 24 hour warrant: informant information and surveillance conducted by ~~your affiant~~ concludes that the target of this investigation utilizes the cover of darkness to conceal his illegal narcotics activity.

Subscribed and sworn to before me: Date 8/31/2005

LaFazia
Judge/Justice

Complainant

# SEARCH WARRANT

| | |
|---|---|
| State City/Town Tiverton<br>Ex Rel<br>Vs Albert Sousa (DOB 08/05/1960) | County **Newport**<br>To: An Officer authorized by law to execute the within warrant. |

Complaint and affidavit having been made to me under oath, and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person therein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the Second District Court of Rhode Island.

**Place and person to be searched: 38 Knotty Pine RD. Tiverton RI**

The residence is a two story shingled style residence, two white colored garage doors facing south with a two level wooden deck attached to the left side of the residence (while facing the residence). All windows on the residence are either tinted or blacked out. Displayed in plain view on the mailbox, approximately 25 yards from the residence, is the number 38. Also located on the property: a 2002, 26 foot white Chaparral boat (RI Registration 9311S) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960). A 2002 Blue GMC Sierra Truck (MA. Registration J40230) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960).

**Person / article to be searched for:**

Marijuana, any articles relating to the sale and or use of illegal narcotics and any monies derived from the sale of illegal narcotics.

**Name of keeper, thereof if known to complainant:**

Albert Sousa DOB 08/05/1960, Alias John Doe

Said warrant may be served in the daytime-nighttime within seven (7) days from the issuance hereof AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A CLERK OF THE DISTRICT COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law. Hereof fail not to MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A CLERK THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a clerk sitting in the above named court.

Issued at Tiverton in the county of Newport the 31 day of Aug 2005

[signature] 8:35 PM

Judge of the District Court

## ACKNOWLEDGMENT OF RETURN

[signature]

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Newport County
State of Rhode Island

District Court
Second Division

v.

COPY

4-1-05
12.15 P.M.
K. DV Pont Gray
166000
4016248419

One Bank of America Bank Account
# 0110001380C0082173481 1125
587 Main Rd (Main)
Tiverton RI

Received
Make ck. payable to
Town of Tiverton

## SEIZURE WARRANT/WRIT OF ENTRY

To: The Sheriff, his Deputy, or to either the Town Sergeants or Constables, or to any member of the Tiverton Police Department or to any person authorized by law.

Affidavit having been made before me by Detective Michael Miguel that he has reason to believe that the above described bank account was used to commit a violation of R.I.G.L.S. 21-28-4.01 *et al*, and that said bank account is located at 587 Main Rd. Tiverton R.I., and as I am satisfied that there are sufficient facts and circumstances to support the probable cause standard to believe that the above described bank account was used to commit a violation of 21-28-4.01 *et al*, and that grounds for the issuance of the Seizure Warrant/Writ of Entry exist as stated in the supporting affidavit, I find and conclude that said bank account is subject to seizure and forfeiture pursuant to R.I.G.L. 21-28-5.04 *et al.*

YOU ARE HEREBY COMMANDED, to seize, manage, and inspect within a period of ten (10) days, the above described bank account, serving this warrant and seized said bank account leaving a copy of this warrant, and prepare a written inventory of the bank account and any items seized therein and promptly return this warrant and bring the inventory and return the property before this Court as required by law, within ten (10) days after service

Dated this......3.............. Day of....August........,2005

[signature]
Judge, District Court
8:50 am

[signature]
Complainant / Detective Michael Miguel

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

District Court
Second Division

COPY

Newoprt County
State of Rhode Island
v.
One Bank of America Account
#011000138000082173481125
587 MAIN RD TIVERTON RI

PROOF OF SERVICE

I Hereby certify that on the date listed below I served a copy of this Warrant on a copy of the Complaint for Seizure and Forfeiture upon the above named defendant by delivering or leaving said papers in the following manner:

~~To the defendant personally~~ KATHLEEN GRIFFITHS – TELLER COORDINATOR
BANK OF AMERICA
587 MAIN RD TIVERTON

At his dwelling house or usual place of abode at the address entered below, with a person of suitable age and discretion then residing therein

To an agent named below authorized by appointment or by law to receive service of process

Address of dwelling
Or usual place of abode: ______

Name of authorized agent
Or person of suitable age: KATHLEEN GRIFFITHS

Date: 9/1/05

Police Officer: [signature]
KENNETH CABRAL

RECEIVED FROM KATHLEEN GRIFFITHS ONE BANK OF AMERICA BANK CHECK # 0015736 IN THE AMOUNT OF $41,762.80

KATHLEEN GRIFFITHS
Kathleen Griffiths