# RETURN OF SERVICE

COPY

State of Rhode Island and Providence Plantations

Newport, SC.

At 38 Knotty Pine Rd. Tiverton, R.I.
Place

Date 9/1/05

A.D. 2005 pursuant to the within warrant I have made search during the daytime - during the nighttime - as commanded and submit herewith a written inventory of the property taken:

1. 2 large black plastic bags containing Firearms – Maverick 12 gauge MV96433B, Ruger 44 Magnum 85-46506, Taurus 357 Magnum 5176202, Beretta 22 LR model 21A BBS59327U, Interarms 9MM 1050282, Glock 40 cal Mod23 AU5248, SigArms 9mm S121571, Ruger 22LR 2407409, Colt Mustang 38cal PL30521, High Standard 357 Mag 431589, Norinco 45cal model 1911A 422800, Taurus 9mm TJC28288.
2. 2 boxes of Husky trash bags.
3. 2 large economy 4 pack boxes of Ziploc bags
4. 4 bags of elastic bands
5. 2 bags of Stop and Shop brown bags
6. Assorted paperwork from boiler room
7. 1 PLOUZE digital scale
8. 1 ULINE digital scale
9. 1 blue canvas bag containing a OHAUS triple beam balance scale, large quantity of Ziploc bags, 2 razor knives.
10. Black scissors
11. 1039 white pills labeled "512" (generic oxycodone 5mg)
12. 21 white pills labeled "Watson 932" (generic oxycodone 10 mg)
13. 173 brown/tan capsules labeled "0554" (generic oxycodone 5mg)
14. 349 yellow/tan capsules labeled "Ethex 041" (oxycodone HCI 5mg)
15. 1 roll of clear plastic bags
16. 1 bag containing 5.5 oz of marijuana
17. 1 Sterlite plastic box containing assorted paperwork
18. 1 box of opened Shaws medium waste bags, several loose white plastic shopping bags
19. 1 green canvas bag containing assorted ammunition
20. 1 large black plastic bag containing assorted ammunition
21. 8 handgun holsters
22. Assorted keys
23. 4 gun cleaning kits
24. Assorted gun cleaning supplies
25. 1 2001 Chevrolet Corvette VIN # 1G1YY32G115122127
26. One manila envelope containing 6 brown sandwich bags, each bag containing $10,000 U.S. Currency Total =$60,000 U.S. currency

27. 1 ELECTRIC FLOWER ... CABINET
28. ASSORTED ... OUT OF ... FOUR ... BOX

COPY

I have also summoned Albert Sousa named in said Complaint, as commanded to appear before the Second Division of the District Court in Newport at 9:00 o'clock in the forenoon, on 9/1/05 A.D. 2005.

I have also given to Albert Sousa the person from whom - from whose premises said property was taken - a copy of the within warrant, return of service I have left a copy of the within warrant at - on the place from which said property was taken - but I did not find the person from whose premises said property was taken but left a copy of said warrant - on the place from which the property was taken.