Warrant received on 6th day of September 2005, ___ pm
Tiverton PD at 2nd District Court
Dana Bellamy
Clerk

AFFIDAVIT

Your Affiant upon oath states that he has reason to believe and does believe that grounds for a search warrant exist and states the following facts on which such belief is founded on the following affidavit.

Your Affiant has been a member of the Tiverton Police Department for 5 years, and is currently assigned to the Detective Division. During this time I have assisted in numerous drug investigations involving the sale and distribution of illegal drugs.

On 8/31/05 I spoke to Officer Kenneth Cabral of the Tiverton Police Department, and I was advised that at approximately 1100 hrs on the above date was traveling south on Fish Rd. At that time he observed a gray Cadillac (MA Registration 61YE11) traveling south on Fish Rd. at a high rate of speed. Utilizing his patrol vehicle's calibrated radar Officer Cabral determined the vehicle's speed to be 57 MPH in a 35 MPH zone. Officer Cabral activated his patrol vehicle's emergency lights and stopped the vehicle on Fish Rd at the Trout Pond. Officer Cabral approached the vehicle and spoke to the operator and sole occupant of the vehicle, later identified s Albert Sousa (DOB 08/05/1950). While Officer Cabral was speaking to Mr. Sousa he detected a strong odor of marijuana emanating from inside vehicle. Officer Cabral then asked Mr. Sousa if he had any marijuana in the vehicle. Mr. Sousa replied, "I'll be honest with you officer, I just smoked half a joint". Due to the smell of Marijuana emanation from inside the vehicle, Officer Cabral requested Sousa exit the vehicle so he could continue his investigation. Officer Daniel Raymond arrives at the scene to assist Cabral. Officer Cabral conducted a cursory search of the vehicle visually inspecting the ashtray, floor, seating area and Sousa's person attempting to locate a burnt marijuana cigarette or ash from a burnt marijuana cigarette, neither were located. Officer Cabral turned his attention to the rear seat of the vehicle attempting to locate ash or a smoked marijuana cigarette, nether was located. While Officer Cabral was in the rear seating area of the vehicle, he continued to smell a strong odor of marijuana and the smell was getting stronger as he got closer to the back of the vehicle. Based on Officer Cabral's training and experience, he believed the smell of marijuana emanating from the vehicle was more than a burnt marijuana cigarette. Officer Cabral turned his attention to the rear armrest. Officer Cabral has direct knowledge individuals who use/deal narcotics will attempt to hide narcotics inside the rear armrest. Officer Cabral lowered the rear armrest and observed a black colored plastic trash bag. The odor of marijuana was over whelming. Officer Cabral also has knowledge marijuana traffickers will use large black colored plastic trash bags to transport marijuana. Officer Cabral moved to the rear of the vehicle, opened the trunk and visually observed five large black colored trash bags Officer Cabral advises Sousa he is under arrest, advises him of his Miranda rights, places him in custody, and transport him to Tiverton Police Headquarters for further investigation.

The vehicle operated by Sousa was towed to Tiverton Police for further investigation. While at police headquarters, an inventory search of the vehicle revealed a black briefcase located in the front passengers seat. Your affiant discovered documents known to be ledgers indicating transactions pertaining to narcotic trafficking. The ledgers indicated small numbers circled next to larger numbers. Your affiant's experience knows this format/formula to determine the amount of narcotics purchased for the amount of US currency. The ledgers also indicated the date of 8/29 and 8/31 indicating a transaction of $20.000 and $26,000 in US currency occurred. Also located inside the briefcase was a blue colored fleet bank deposit bag containing $3500.00 in US currency. Sousa had $1[illegible]1.00 in US

BANK OF AMERICA

currency on his person. Two bankbooks were also located inside the briefcase, one ~~Fleet~~ bank account #0110001380000821734811125 and St. Anne's Credit Union 2113827370012218358701O. A sketch indicating a boat was also located inside the briefcase, said sketch indicates detail information pertaining to vents, ports, lights, and a porthole. Your affiant has training and experience dealing with narcotic hides and has observed narcotic hides located inside boats.

Officer Cabral stopped Sousa approximately ¼ mile from the intersection of Bulgar marsh Rd. While Sousa was at police headquarters, he was asked where he was traveling to and Sousa responded Providence RI. Detective Sgt. Michael Carr asked Sousa if he owned any property located in Tiverton RI. Sousa responded no. Fall River MA Police Vice Detective Murphy also asked Sousa if he owned any property in Tiverton RI and Sousa responded no. Located inside the black brief case was a letter addressed to Albert Sousa, 38 Knotty Pine Rd, Tiverton RI. With this information, your affiant conducted a title search at the Tiverton Tax assessors office and determined Albert Sousa is the registered owner of 38 Knotty Pine Tiverton RI and has been since 1993. An approximate measurement from where Sousa's vehicle was stopped to 38 Knotty Pine Tiverton RI measured 1.3 miles. Sousa was shown the letter addressed to him and finally admitted owning property in Tiverton RI. I also found letters in Mr. Sousa's briefcase addressed to him at 38 Knotty Pine Rd

Your affiant and Detective Sgt. Michael Carr conducted surveillance of 38 Knotty Pine Rd, Tiverton RI. The residence is a two story shingled style residence, two white colored garage doors facing south with a two level wooden deck attached to the left side of the residence (while facing the residence) All windows on the residence are either tinted or blacked out. Displayed in plain view on the mailbox, approximately 25 yards from the residence, is the number 38. Also located on the property is a 2002, 26 foot white Chaparral boat (RI Registration 9311S) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960). A 2002 Blue GMC Sierra Truck (MA. Registration J40250) located in the driveway of 38 Knotty Pine Rd., Tiverton RI. Registered to Albert Sousa (DOB 08/05/1960).

Your affiant had contact with Fall River MA police officer Scott Paul. Ptlm. Paul is a 13-year veteran of the Fall River Police Department. During Ptlm. Paul's career he spent five years in vice and spent 18 months assigned to the Federal Drug Administration Task Force located in New Bedford MA. While Ptlm. Paul was assigned to DEA, he received information from a confidential source indicating Sousa is a known dealer of narcotics. The CS has proven to be reliable and credible in the past, providing information pertaining to an arrest and conviction of a narcotic dealer. The CS has never provided Ptlm. Paul with information he found to be false or misleading.

Based on this information, the experiences your affiant as been involved in, the 114 pounds of marijuana located inside Sousa's vehicle which was stopped 1.3 miles from his residence, your affiant prays that a warrant be granted to search the residence located at 38 Knotty Pine Rd. Tiverton RI for the purpose of locating any and all items connected with the sale and distribution of marijuana including but not limited to, ledgers, monies, safes, safe deposit boxes, and any and all contraband associated with the distribution of illegal narcotics.

8/31/05
Date

Affiant

Newport, SC. In Tiverton this 31 day of Aug. 2005, before me personally came Detective Sgt Patrick Jones and made oath to the truth of the foregoing.

Judge of the District Court

8:35 PM

4