f. Strip searches or body cavity searches of children under the age of 15 years shall not be conducted without obtaining a search warrant unless there are extreme exigent conditions. All such searches should be conducted by medical personnel at a medical facility. The suspect's parent or guardian, if available, should be requested to be present during the search.

H. **Inventory and Booking Sheets.**

1. **Vehicle Searches.**

When an inventory search of a vehicle is performed, an inventory sheet shall be filled out by the inventorying officer, if possible in the presence of the tow truck driver or another appropriate witness, who shall be identified on the inventory sheet, and a copy of the inventory shall be provided to the tow truck driver, or the owner or custodian of the vehicle, who shall be asked to sign the inventory sheet. If they refuse to sign, the officer shall so note and initial this comment on the inventory sheet. The original copy of the inventory sheet shall be turned in with the case report. Where any items inventoried are to be seized and held as evidence or contraband, they will be identified separately on the form, and the departmental procedures for identifying, packaging and storage of such evidence shall be followed.