IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,<br>Defendants | C.A. No. 06-073ML |

STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the claimant, Albert Sousa, on the one hand and the plaintiff, the United States of America, on the other, by and through their respective attorneys, as follows:

1. That the claim of Albert Sousa to the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750; the defendant vehicle, one 2001 Chevrolet Corvette, 1G1YY32G115122127; the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency; and the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency; may be dismissed with prejudice.

2. That the claimant, Albert Sousa, consents to the forfeiture of the defendant vehicle, one 2005 Cadillac Deville, VIN: 1G6KE57Y55U229750; the defendant vehicle, one 2001 Chevrolet

Corvette, 1G1YY32G115122127; the defendant currency, one lot of sixty thousand dollars ($60,000) in U.S. currency; and the defendant currency, one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency; to the plaintiff, the United States of America.

3. That within one hundred twenty (120) days of the entry of this Stipulation for Compromise Settlement by the Court, Albert Sousa shall pay two hundred twelve thousand dollars ($212,000.00) to the United States Marshals Service which shall then be the substitute *res* for the interest of Albert Sousa in the defendant, one parcel of real property with buildings, appurtenances, and improvements known as 38 Knotty Pine Road, located in the Town of Tiverton, Rhode Island.

4. That upon the payment by Albert Sousa of the two hundred twelve thousand dollars ($212,000.00) to the United States Marshals Service, all right, title, and interest to the defendant one parcel of real property with buildings, appurtenances, and improvements known as 38 Knotty Pine Road, located in the Town of Tiverton, Rhode Island shall vest in the claimant, Albert Sousa, subject to any liens or encumbrances thereon.

5. That the claimant, Albert Sousa, consents to the forfeiture of the above-referenced two hundred twelve thousand dollars ($212,000.00) to the plaintiff, the United States of America, as a substitute *res* for his interest in the defendant, one parcel of real property with buildings, appurtenances, and improvements known as 38 Knotty Pine Road, located in the Town of

Tiverton, Rhode Island.

6. That in the event that the claimant, Albert Sousa, fails to pay the two hundred twelve thousand dollars ($212,000.00) to the United States Marshals Service within one hundred twenty (120) days of the entry of this Stipulation for Compromise Settlement by the Court, his interest in the defendant, one parcel of real property with buildings, appurtenances, and improvements known as 38 Knotty Pine Road, located in the Town of Tiverton, Rhode Island, shall automatically be forfeited to the plaintiff, the United States of America.

7. That the claimant, Albert Sousa, agrees to accept these terms in full settlement and satisfaction of any and all claims and demands, which he or his assigns may have against the United States of America, and its agents and employees on account of the institution of the within forfeiture action against the defendants.

Respectfully submitted,

UNITED STATES OF AMERICA
Plaintiff

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

ALBERT SOUSA
Claimant

By his attorney,

/s/ C. Leonard O'Brien

C. LEONARD O'BRIEN, ESQ. #1886
MACFADYEN, GESCHEIDT & O'BRIEN
101 Dyer Street
Providence, RI 02903
401/751-5090
401/751-5096
len@ridefense.com

ORDER

The within Stipulation for Compromise Settlement is hereby approved.

MARY M. LISI
CHIEF JUDGE
UNITED STATES DISTRICT COURT