CA06-73ML

CHASE

**Chase Auto Finance**
Mail Code AZ1-1197
201 N Central Ave 12th Floor
Phoenix, AZ 85004
*tel* 1-877-828-4771
*fax* 1-602-914-7366

Fax Transmission

---

Chase/Bank One, Retail National Recovery Group
AZ1-1197
201 N. Central Ave.
Phoenix, AZ 85004
Phone: 877-828-4771 Ext 3832
Fax: 602-221-3849

Date: January 16, 2007
Name: U.S. District Court

From: Yarris Long

RE: Verified Claim For Seized Vehicle/Albert Sousa

---

This is a copy of the Verified Claim for a seized vehicle.

Thank you

Yarris Long

phone # is 602-221-3832

fax # 602-221-3849

Any further questions or concerns, please contact me.

Confidentiality Note

CHAS

**Chase Auto Finance**
201 N Central Ave AZ1-1197
Phoenix, AZ. 85004

*tel* 800-592-9861
*fax* 602-221-3849

March 17, 2006

U.S Attorneys Office
Michael P Iannotti, Assistant U.S. Attorney
50 Kennedy Plaza 8th FL
Providence RI 02903

Re: Case# 06 73ML

Chase Bank, ("Bank") hereby petitions for remission of the forfeiture of the 2005 Cadillac Deville, Vehicle I.D. No. 1G6KE57Y55U229750. We understand that this vehicle was seized on 8-31-05 in Tiverton, R.I.

The Bank holds a lien on this vehicle under an Installment contract dated 05/20/05. Copies of this contract are attached. The Bank's interest in the vehicle was $11,501.92 on or about the date of its seizure.

Neither at the time of the purchase nor at any time after the purchase did the Bank have any knowledge or reason to believe that the vehicle was being or would be used in violation of the law, or that the owner of the vehicle had any record or reputation for violating laws of the United States or of any state for a related crime. The Bank took all reasonable steps to prevent the illegal use of the vehicle.

Please address all future correspondence regarding this matter to my attention at the above-referenced address. I can be reached by telephone at 1-877-828-4771 ext 3841.

Chase Bank

By Cindy Cochran
Cindy Cochran
Collection Specialist

STATE OF ARIZONA

COUNTY OF MARICOPA

Subscribed and sworn to before me this 17TH day of MARCH, 2006, by CINDY COCHRAN, as COLLECTION SPECIALIST of Bank One, NA, a national banking association, on behalf of the corporation.

My commission expires: 1/31/08

Walter S Bomar
Notary Public

OFFICIAL SEAL
WALTER S. BOMAR
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 31, 2008