IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE PARCEL OF REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS KNOWN AS 38 KNOTTY PINE ROAD, LOCATED IN THE TOWN OF TIVERTON, RHODE ISLAND; ONE 2005 CADILLAC DEVILLE, VIN: 1G6KE57Y55U229750; ONE 2001 CHEVROLET CORVETTE, VIN: 1G1YY32G115122127; ONE LOT OF SIXTY THOUSAND DOLLARS ($60,000) IN U.S. CURRENCY; AND ONE LOT OF THREE THOUSAND FOUR HUNDRED SIXTY DOLLARS ($3,460) IN U.S. CURRENCY,<br>Defendants | ) | C.A. No. 06-073ML |

REQUEST FOR ENTRY OF ORDER
<u>OF JUDGMENT AND DECREE OF FORFEITURE</u>

Now comes the Plaintiff, the United States of America, by and through its attorneys, and requests entry of a final Order of Judgment and Decree of Forfeiture for the reasons set forth in the accompanying affidavit of the undersigned.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I electronically filed the within Request for Entry of Order of Judgment and Decree of Forfeiture and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

The following participant has received notice electronically:

C. Leonard O'Brien, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

I caused the following individuals to receive notice by mail:

Charles A. Lovell, Esq.
180 South Main Street
Providence, RI 02903-7120

Rita Houp
Vice President
National Recovery Group
Chase Auto Finance
Chase Bank
201 North Central Avenue
Mail Drop AZ1-1197
Phoenix, AZ 85004

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney