IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 20 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA, )
Plaintiff )
)
vs. )
) C.A. No. 06-073ML
ONE PARCEL OF REAL PROPERTY WITH )
BUILDINGS, APPURTENANCES )
AND IMPROVEMENTS KNOWN AS )
38 KNOTTY PINE ROAD, LOCATED IN THE )
TOWN OF TIVERTON, RHODE ISLAND; )
ONE 2005 CADILLAC DEVILLE, )
VIN: 1G6KE57Y55U229750; )
ONE 2001 CHEVROLET CORVETTE, )
VIN: 1G1YY32G115122127; )
ONE LOT OF SIXTY THOUSAND DOLLARS )
($60,000) IN U.S. CURRENCY; AND )
ONE LOT OF THREE THOUSAND FOUR HUNDRED)
SIXTY DOLLARS ($3,460) IN U.S. )
CURRENCY, )
Defendants )

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The claims of Albert Sousa, PNC Bank, and Chase Bank having been settled; and it appearing that no other claims to the defendants have been filed since this action was commenced;

It is hereby

***ORDERED, ADJUDGED, and DECREED***

as follows:

1. That the claim of PNC Bank to the defendant vehicle, one 2001 Chevrolet Corvette, VIN: 1G1YY32G115122127, is allowed in accordance with the Stipulated Expedited Settlement Agreement filed herein.

2. That the claim of Chase Bank to the defendant vehicle, one 2005 Cadillac DeVille, VIN: 1G6KE57Y55U229750, is allowed in accordance with the Stipulated Expedited Settlement Agreement filed herein.

3. That Albert Sousa has paid two hundred twelve thousand dollars ($212,000) to the United States Marshals Service as a substitute *res* for his interest in the defendant real property, located at 38 Knotty Pine Road, Tiverton, Rhode Island.

4. That the said two hundred twelve thousand dollars ($212,000) is forfeited to the plaintiff, the United States of America, with all right, title, and interest thereto vesting in the United States of America, and the United States Marshal is authorized to dispose of said currency according to law.

5. That the remaining defendants, one 2005 Cadillac DeVille, VIN: 1G6KE57Y55U229750, one 2001 Chevrolet Corvette, VIN: 1G1YY32G115122127, one lot of sixty thousand dollars ($60,000) in U.S. currency, and one lot of three thousand four hundred sixty dollars ($3,460) in U.S. currency, are forfeited to the plaintiff, the United States of America, with all right, title, and interest thereto vesting in the United States of America, and the United States Marshal is authorized to dispose of said vehicles and currency according to law.

BY ORDER:

ENTER:

MARY M. LISI 5/7/07
CHIEF JUDGE
UNITED STATES DISTRICT COURT